UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY L. GARCIA and UMUT KOCER,<br><br>    Plaintiffs,<br><br>    v.<br><br>MELISSA MAXIM, Field Office Director, United States Citizenship & Immigration Services, San Diego, California; TRACEY RENAUD, Acting Director, United States Citizenship & Immigration Services; DAVID PEKOSKE, Acting Director,[1] United States Department of Homeland Security; and DOES 1, 2 and 3,<br><br>    Defendants. | Case No.: 3:20-cv-01922-BEN-LL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OPPOSITION**<br><br>[ECF No. 11] |

The Court, having reviewed Plaintiffs' Motion for Leave to File an Opposition pursuant to Federal Rule of Civil Procedure 6(b), HEREBY ORDERS:

1. Plaintiff shall file any opposition to Defendants' Motion to Dismiss by May 7, 2021.

2. Defendants' may file a new reply by May 14, 2021, at which point the Court will take the matter under submission pursuant to Local Civil Rule 7.1.d.1.

**IT IS SO ORDERED.**

Dated: May 3, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge

---

[1] On January 20, 2021, Tracey Renaud became Acting Director of Citizenship and Immigration Services and David Pekoske became Acting Director of Homeland Security. Pursuant to Fed. R. Civ. P. 25(d), Acting Directors Renaud and Pekoske are automatically substituted as Defendants.